UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00228 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(e) |
| LEROY WENDELL SUMMONS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A. On or about February 11, 2022, the defendant,

LEROY WENDELL SUMMONS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three convictions for a violent felony or a serious drug offense, or both, committed on occasions different from one another:

1. Residential burglary and theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number CR2010-1780;

2. Residential burglary and theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number CR2010-2374;

3. Residential burglary and theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number CR2010-2879; and

4. Residential burglary and possession of firearms by certain persons, in Pulaski County Circuit Court in Case Number CR2013-2940.

B. On or about February 11, 2022, in the Eastern District of Arkansas, the defendant,

LEROY WENDELL SUMMONS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1

1. a Mossberg, O.F. & Sons, Inc. rifle, model International 702 Plinkster .22 caliber rifle, bearing serial number EMH3869872; and

2. a High Standard (JC Higgins), shotgun, model 200, 12-gauge caliber, with no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, LEROY WENDELL SUMMONS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]