**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DEC 0 5 2024

TAMMY H. DOWNS, CLERK

By: _____ **DEP CLERK**

EASTERN _____ DISTRICT OF _____ ARKANSAS

UNITED STATES OF AMERICA

V.

LEROY WENDELL SUMMONS

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 4:22-CR-00228-LPR-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Lee P. Rudofsky - District Judge

| | |
|---|---|
| Name of Judge | Title of Judge |

12/5/2024
_____
Date